1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
7
8                  UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) No. 08-CR-209-EJG-KJM
                                 )
11              Plaintiff,       ) **AMENDED** STIPULATION AND ORDER
                                 )
12      v.                       ) Date: January 21, 2009
                                 ) Time: 10:00 a.m.
13 PATRICK W. ROBISON,           ) Judge: Hon. Edward J. Garcia
                                 )
14              Defendant.       )
   _____)
15
16      IT IS HEREBY STIPULATED between the parties through their
17 respective counsel, Matthew C. Stegman, Assistant United States
18 Attorney, and Michael Petrik, Jr., attorney for Mr. Robison, that the
19 Court should vacate the hearing scheduled for January 21, 2009, at
20 10:00 a.m., and reset it for February 27, 2009, at 10:00 a.m.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28 Stipulation And [Proposed Order]       1            08-CR-209-EJG-KJM

The parties also stipulate to the following briefing schedule:

Appellant's Brief and Excerpt due  . . . . . . . .  January 26, 2009;
Appellee's Brief and Excerpt due  . . . . . . . . .  February 17, 2009;
Hearing on appeal  . . . . . . . . .  February 27, 2009, at 10:00 a.m.

Since the issue on appeal is discrete, Mr. Robison waives a reply brief.

Dated: January 7, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit
Attorneys for Defendant

Dated: January 8, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Stegman

MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED:   January 8, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge