```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ISABEL Y. LIOU
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-08-209-EJG |
|---|---|---|
| Plaintiff, | ) ) | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON |
| vs. | ) ) | BEHALF OF THE GOVERNMENT |
| PATRICK W. ROBISON, | ) ) | DATE: February 27, 2009 TIME: 10:00 a.m. |
| Defendant. | ) ) ) | JUDGE: Hon. Edward J. Garcia |

Under Local Rule 83-181, the government's request for permission for ISABEL Y. LIOU, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

DATED: February 5, 2009            /s/ Edward J. Garcia
                                   _____
                                   EDWARD J. GARCIA
                                   U.S. DISTRICT COURT JUDGE