DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Mr. Robison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-209-EJG-KJM |
| Plaintiff, | ORDER SEALING RECORD |
| v. | |
| PATRICK W. ROBISON, | |
| Defendant. | |

Defendant has appealed his case to the district court. The Defendant's Opening Brief refers to the Advisory Guideline Presentence Investigation Report in his case. Accordingly, defendant filed the Advisory Guideline Presentence Investigation Report under seal.

**IT IS HEREBY ORDERED** that the Clerk of the district court shall file the defendant's Advisory Guideline Presentence Investigation Report under seal.

Dated:   January 26, 2009

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE